UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRANDON LATIMER | CIVIL ACTION NO. CV-1:20-cv-00687 |
| VERSUS | JUDGE |
| DWAYNE JACKSON, EARL PEARCE, BRADLEY MARR, STEVEN BRADLEY and JASON "JAKE" RIVERS | MAGISTRATE JUDGE |
| | JURY TRIAL DEMANDED |

**MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF
AND MOTION TO EXTEND TIME TO FILE PLAN OF WORK (UNOPPOSED)**

NOW INTO COURT comes Bryce J. Denny who respectfully files his motion to withdraw as counsel for Plaintiff Brandon Latimer, and would respectfully show the Court as follows:

1.

On Thursday, December 17, 2020, the plaintiff, along with his mother and brother, came into counsel's office and requested that counsel's representation in this matter end. Counsel believes it is appropriate to comply with that request. Therefore, counsel is seeking to withdraw from representing plaintiff in this matter.

2.

The only pending deadline at this point is the submission of the Plan of Work, which must be filed by January 8, 2021 (or the case may be dismissed). Contemporaneous with the filing of

this motion, counsel has sent Mr. Latimer (1) a copy Civil Case Management Order No. 1, (2) a reminder that the Plan of Work must be filed by January 8, 2021 or the case will be subject to dismissal and (3) that there are no other pending deadlines or court appearances.  (LR 83.2.11).  Counsel is sending that notice by priority mail with tracking.

3.

It may be approprirate, and Counsel would respectfully request that the Court consider, extending the deadline for filing the Plan of Work to February 28, 2021.  This will give time for Mr. Latimer's new counsel (assuming he obtains a new counsel) to complete the Plan of Work process.  Alternatively, the Court could require the undersigned counsel to complete the plan of work before formally withdrawing from the case.   This would make for an easier transition for new counsel or for Mr. Latimer should the latter prefer to proceed pro se.    There should be no difficulty finishing the Plan of Work before December 31, 2020.

4.

Mr. Brandon Latimer's phone number and address is 1461 Maxey Road, Many, Louisiana 71449 (318-645-2977).

WHEREFORE, Plaintiff prays that:

A. He be allowed to withdraw from representing Brandon Latimer; and

  B.  The deadline for filing the Plan of Work be extended to February 28, 2021 or, alternatively, that counsel for Brandon Latimer be required to complete the Plan of Work before being able to withdraw from representation.

    Respectfully Submitted,

    **Law Offices of Bryce J. Denny, LLC**

    By:_____
      Bryce J. Denny (Trial Attorney)
      La. Bar Roll No. 22,763
      209 Polk Street
      Mansfield, Louisiana 710526
      (318) 871-5007
      bryce@brycedenny.com

    ATTORNEY FOR BRANDON LATIMER

<u>CERTIFICATE OF CONFERENCE</u>

  On December 21, 2020, I spoke with counsel for the defendants who indicated that he had no opposition to this motion, including the request to extend the Plan of Work submission deadline or the alternative request to allow the undersigned counsel to complete the Plan of Work before withdrawing.

    _____/s/ Bryce J. Denny_____
    Bryce J. Denny

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 21, 2020, I electronically filed with the Clerk of Court the foregoing pleading by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A copy of this motion was mailed to Brandon Latimer and Jason Rivers, pro se defendant.

      THUS DONE AND SIGNED on this the 21st day of December, 2020.

                                              /s/ Bryce J. Denny
                                              OF COUNSEL