UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRANDON LATIMER | CIVIL ACTION NO. CV-1:20-cv-00687 |
| VERSUS | JUDGE |
| | |
| DWAYNE JACKSON, EARL PEARCE, BRADLEY MARR, STEVEN BRADLEY and JASON "JAKE" RIVERS | MAGISTRATE JUDGE |
| | JURY TRIAL DEMANDED |

## **ORDER**

IT IS HEREBY ORDERED that plaintiff Bryce Denny be granted leave to withdraw from the representation of Brandon Latimer.

The leave granted is subject to the requirement that counsel for Brandon Latimer complete the Plan of Work on or before January 8, 2021.

SIGNED on Tuesday, December 22, 2020.

_____

UNITED STATES MAGISTRATE JUDGE