UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRANDON W LATIMER | CASE NO. 20-cv-687 |
| -vs- | JUDGE DRELL |
| DEWAYNE JACKSON ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## RULING

Before the court is a motion to dismiss filed by the Aaron Mitchel, Sheriff of the Sabine Parish Sheriff's Office (Doc. 26) seeking dismissal from suit as it does not poesses the legal capacity to be sued. We agree.

Parish Sheriff's Departments, or Offices, are not juridical entities capable of being sued. See Cozzo v. Tangipahoa Parish Counsel, 279 F.3d 273, 283 (5th Cir. 2002) (citing Porche v St. Tammany Parish Sheriff's Office, 67 F.Supp.2d 631, 635 (E.D. La. 1999)); Valentine v. Bonneville Ins. Co., 691 So.2d 665,668 (La. 1997). Accordingly, the claims against the Sabine Parish Sheriff's Office should be dismissed. The court will issue a judgment in conformity with these finding.

THUS DONE AND SIGNED at Alexandria, Louisiana this 24 day of November 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT